✎AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN    District of    ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

LETORIA FAYNE

| Case Number: | 3:01CR30183-10-GPM |
|---|---|
| USM Number: | 05911-025 |
| Dan Cronin, AFPD | |
| Defendant's Attorney | |

**FILED**

JAN 2 3 2006

G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

## THE DEFENDANT:

☒  admitted guilt to violation of condition(s)  Statutory, Standard, Special    of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant illegally possessed a controlled substance | 11/22/05 |
| Statutory | Defendant failed to pay financial penalties | 11/1/05 |
| Standard #5 | Defendant failed to report/file timely monthly reports | 11/28/05 |
| Special | Defendant failed to participate in substance abuse treatment | 11/23/05 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    ***-**-3915

Defendant's Date of Birth:    **-**-1960

Defendant's Residence Address:

City: East St Louis

State: IL

Defendant's Mailing Address:

SAME

January 23, 2006
Date of Imposition of Judgment

Signature of Judge

Hon. G. Patrick Murphy, Chief, U. S. District Judge
Name and Title of Judge

01/23/06
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page ___2___    _____

DEFENDANT:        LETORIA FAYNE
CASE NUMBER:      3:01CR30183-10-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :      6 months

☒   The court makes the following recommendations to the Bureau of Prisons:
     That defendant be housed at Greenville, IL.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____  ☐ a.m.   ☐ p.m.   on _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL